FILED

13 DEC 19 PM 4:20

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

CASE UNSEALED PER ORDER OF COURT

SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2012 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PRISCILLA LOPEZ (1),<br>  aka Gata,<br>EVA MADUENO (2),<br>  aka Shaddy,<br><br>    Defendants. | Case No. 13CR4513BEN<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 841(a)(1), 841(b)(1)(A)(vii) and 846 – Conspiracy to Possess with Intent to Distribute Controlled Substances; Title 21, U.S.C., Sec. 853 – Criminal Forfeiture |

The grand jury charges:

Count 1

From on or about January 22, 2013, and continuing through on or about February 6, 2013, within the Southern District of California, and elsewhere, defendants PRISCILLA LOPEZ, aka Gata, and EVA MADUENO, aka Shaddy, did knowingly and intentionally conspire with each other and with other persons known and unknown to the grand jury to possess with intent to distribute heroin, a Schedule I Controlled Substance, and 5 grams and more of actual methamphetamine, a Schedule II

FAS:nlv(1):San Diego
12/18/13

Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(vii) and 846.

### Criminal Forfeiture Allegation

1. The allegation contained in Count 1 is realleged and by its reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the commission of the felony offense alleged in Count 1, said violation being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants PRISCILLA LOPEZ, aka Gata, and EVA MADUENO, aka Shaddy, shall, upon conviction forfeit to the United States all their rights, title and interest in any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in this indictment.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendants

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the said property listed above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853.

DATED: December 19, 2013.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
FRED SHEPPARD
Assistant U.S. Attorney