UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PRISCILLA LOPEZ et al.,<br><br>    Defendants | Case No. 13CR4513BEN<br><br>**NOTICE OF RELATED CASE**<br><br>CASE UNSEALED PER ORDER OF COURT<br>SEALED |

TO THE CLERK OF THE COURT:

Please take notice that the above entitled case is related to United States of America v. LAURA CRUZ et al., Case No. 13CR1128-BEN, pursuant to Local Rule 57.2.1, Related Cases. The United States Attorney certifies the cases are related for the following reason(s):

\_\_\_\_\_ (1) More than one indictment or information is filed or pending against the same defendant or defendants.

\_\_X\_\_ (2) Prosecution against different defendants arises from;
    \_X\_ (a) a common wiretap
    \_\_\_ (b) a common search warrant
    \_\_\_ (c) activities that are part of the same alleged criminal event or transaction; that is, the cases involved substantially the same facts and the same questions of law.

DATED: December 18, 2013.

                                                        */s/ Laura Duffy*
                                                LAURA E. DUFFY
                                                United States Attorney

FILED 13 DEC 19 PM 4:20
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: CXL DEPUTY